KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3924
Facsimile: (510) 637-3724
Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN FRANCISCO RIOS,<br><br>Defendant. | No. CR-06-00400-WDB<br><br>ORDER OF CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 <u>ET SEQ.</u> |

## **ORDER**

Based on the reasons provided in the stipulation of the parties, it is ORDERED that the status hearing in the above-titled case set for July 19, 2006, at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for September 20, 2006, at 10:00 a.m.

//

//

It is FURTHER ORDERED that time is excluded under the Speedy Trial Act from July 19, 2006 to September 20, 2006, based on the need of counsel to continue investigating and effectively prepare this case, taking into account the exercise of due diligence. The Court finds that the ends of justice would be served by granting the continuance.

DATED: July 18, 2006




HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE