KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    Facsimile: (510) 637-3724
    Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> JUAN FRANCISCO RIOS, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____) | No.   CR-06-00400-WDB <br><br> ORDER OF CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

**ORDER**

    Based on the reasons provided in the stipulation of the parties, it is ORDERED that the status hearing in the above-titled case set for September 20, 2006, at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for a change of plea on October 19, 2006, at 10:00 a.m.

//

//

1   It is FURTHER ORDERED that time is excluded under the Speedy Trial Act from
2  September 20, 2006 to October 19, 2006, based on the need of counsel to continue investigating and
3  effectively prepare this case, taking into account the exercise of due diligence.  The Court finds that
4  the ends of justice would be served by granting the continuance.

DATED: September 20, 2006



_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

- 2 -